DICK CLARDY V. THE STATE.

No. 20517.  Delivered June 7, 1939.

The opinion states the case.

*Levie Old,* of Brownwood, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, Judge.

Conviction for a misdemeanor; punishment, a fine of $50.00.

The transcript fails to disclose a notice of appeal. Under the circumstances, this Court is without jurisdiction.

The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.